UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| VERICOOL WORLDWIDE, LLC<br><br>Plaintiff,<br><br>v.<br><br>IGLOO PRODUCTS CORPORATION,<br><br>Defendant. | Case No. 4:22-cv-02440-HSG<br><br>**ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES  (as modified)** |

CAME ON THIS DAY for consideration Plaintiff's Motion to Continue Initial Case Management Conference and Related Deadlines, accordingly,

IT IS HEREBY ORDERED the Initial Case Management Conference and Related Deadlines are hereby continued by 30 days.  The telephonic case management conference is continued to August 30, 2022 at 2 p.m.  Related deadlines are reset accordingly.

IT IS SO ORDERED.

Dated:  6/21/2022

_____
Honorable Haywood S. Gilliam, Jr.
United States District Court Judge