AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

| | |
|---|---|
| VERICOOL WORLD LLC<br>Plaintiff (s),<br>V.<br>IGLOO PRODUCTS CORPORATION<br>Defendant (s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 4:22-cv-02440 |

Notice is hereby given that, subject to approval by the court, __VERICOOL WORLD LLC__ substitutes
(Party (s) Name)

__FELTON T. NEWELL__, State Bar No. __201078__ as counsel of record in
(Name of New Attorney)

place of __LEERON G. KALAY__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Sanders Roberts LLP
Address: 1055 W. 7th Street, Suite 3200
Telephone: (213) 426-5000      Facsimile (213) 234-4581
E-Mail (Optional): fnewell@sandersroberts.com

I consent to the above substitution.
Date: 7/12/2022                    _Darrell Jobe_
                                   (Signature of Party (s))

I consent to being substituted.
Date: 7/12/2022                    _Leeron G. Kalay_
                                   (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 7/12/2022                    _Felton Newell_
                                   (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 7/18/2022                    _Haywood S. Gill Jr._
                                   Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]