Justin H. Sanders (SBN 211488)
jsanders@sandersroberts.com
Felton Newell (SBN 201078)
fnewell@sandersroberts.com
**SANDERS ROBERTS LLP**
1055 West 7th Street, Suite 3200
Los Angeles, CA 90017
Telephone: (213) 426-5000
Facsimile: (213) 234-4581

Attorneys for Plaintiff
**VERICOOL WORLD LLC**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| VERICOOL WORLD LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>IGLOO PRODUCTS CORPORATION,<br><br>  Defendants. | **CASE NO. 4:22-cv-2440**<br><br>**STIPULATION AND ORDER TO CONTINUE THE TELEPHONIC INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES (as modified)**<br><br>**[CIVIL L.R. 16-2(d), 7-12, 6-1(a)]**<br><br>Current CMC Date: August 30, 2022<br><br>Time: 2:00 p.m.<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

- 1 -   Case No.: 4:22-cv-2440
STIPULATION AND ORDER TO CONTINUE INITIAL CASE
MANAGEMENT CONFERENCE AND RELATED DEADLINES

Pursuant to Civil Local Rules 16-2 and 7-12, Plaintiff Vericool World LLC ("Plaintiff") and Defendant Igloo Products Corporation ("Defendant") (collectively, the "Parties") through their respective attorneys of record, hereby agree and stipulate that good cause exists to request an order from the Court further rescheduling the Initial Case Management Conference currently set for August 30, 2022, pursuant to this Court's June 21, 2022 Order to Continue Initial Case Management Conference and Related Deadlines (as modified) (Dkt. #11), and to adjust accordingly the related deadlines set forth therein.

**WHEREAS**, on April 20, 2022, Plaintiff filed a complaint against Defendant;

**WHEREAS**, on June 21, 2022, the Court entered an order continuing the Initial Case Management Conference ("CMC") to August 30, 2022 at 2:00 p.m.;

**WHEREAS**, Plaintiff served the original complaint and summons on Defendant's agent for service of process on or about July 19, 2022;

**WHEREAS**, on August 9, 2022—before Defendant's deadline to respond to the original complaint—Plaintiff filed its First Amended Complaint; counsel for Defendant accepted service thereof by email;

**WHEREAS**, the Parties agree, pursuant to Civil L. R. 6-1(a), that Defendant shall have twenty-one (21) days from service of the First Amended Complaint to file its responsive pleading, i.e. until August 30, 2022;

**WHEREAS**, in the interest of judicial efficiency and economy, the Parties, subject to the approval of the Court, agree to continue the date for the CMC to a date sufficiently after the deadline for Defendant to file its responsive pleading to allow the Parties to prepare the relevant disclosures tied to the date of the CMC;

**WHEREAS**, this is the first joint request of the Parties to continue the initial CMC.

/ / /

/ / /

**NOW, THEREFORE IT IS HEREBY STIPULATED AND AGREED** by the Parties hereto, through their undersigned counsel, as follows:

1. Defendant's deadline to respond to the Amended Complaint shall be August 30, 2022.

2. The CMC currently set for August 30, 2022 at 2:00 p.m. shall be continued to September 13, 2022 at 2:00 p.m. All related deadlines are to be reset accordingly.

**IT IS SO STIPULATED AND AGREED**.

Dated:  August 16, 2022                     **SANDERS ROBERTS LLP**

By: */s/ Felton Newell*
Justin H. Sanders, Esq.
Felton Newell, Esq.
Attorneys for Plaintiff
VERICOOL WORLD LLC

Dated:  August 16, 2022                     **SKLAR KIRSH LLP**

By: */s/ Molly Madden*
Justin Goldstein, Esq.
Molly Madden, Esq.
Attorneys for Defendant
IGLOO PRODUCTS CORPORATION

The Court, having reviewed the Stipulation of the Parties and finding good cause hereby orders as follows:

The Telephonic Initial Case Management Conference currently set for August 30, 2022 at 2:00 p.m. shall be continued to September 13, 2022 at 2:00 p.m. Related deadlines are reset accordingly.

**IT IS SO ORDERED.**

Dated: _____8/17/2022_____       _____
                                                                        Hon. Haywood S. Gilliam, Jr.
                                                                        United States District Court Judge