United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VERICOOL WORLD LLC,

         Plaintiff,

    v.

IGLOO PRODUCTS CORPORATION,

         Defendant.

Case No. 22-cv-02440-HSG

**SCHEDULING ORDER**

A case management conference was held on September 13, 2022. Having considered the parties' proposal, *see* Dkt. No. 22, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | November 18, 2022 |
| Close of Fact Discovery | June 16, 2023 |
| Exchange of Opening Expert Reports | June 30, 2023 |
| Exchange of Rebuttal Expert Reports | July 21, 2023 |
| Close of Expert Discovery | August 11, 2023 |
| Dispositive Motion Hearing Deadline | October 5, 2023, at 2:00 p.m. |
| Pretrial Conference | January 9, 2024, at 3:00 p.m. |
| Jury Trial (4 days) | January 29, 2024, at 8:30 a.m. |

//

//

//

//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated:  9/13/2022

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California

2