Felton T. Newell (SBN 201078)
fnewell@sandersroberts.com
**SANDERS ROBERTS LLP**
1055 West 7th Street, Suite 3200
Los Angeles, CA 90017
Telephone: (213) 426-5000
Facsimile:  (213) 234-4581

Attorneys for Plaintiff Vericool World LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| VERICOOL WORLD LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>IGLOO PRODUCTS CORPORATION,<br><br>　　　　　Defendant. | **CASE NO.  4:22-cv-2440**<br><br>**STIPULATION AND ORDER TO CONTINUE MEDIATION COMPLETION DEADLINE**<br><br><br>Judge: Haywood S. Gilliam, Jr. |

1  WHEREAS, on September 13, 2022, Plaintiff Vericool World LLC ("Plaintiff" or "Vericool") and Defendant Igloo Products Corporation ("Defendant" or "Igloo") (collectively, the "Parties") entered into a Stipulation and Proposed Order Selecting ADR Process in which they agreed to attend private mediation by February 1, 2023; and

WHEREAS, the Parties will be unable to attend mediation by February 1, 2023 because discovery is ongoing; and

WHEREAS, the Parties are in the process of scheduling private mediation in February or early March.

THEREFORE, the Parties agree to continue the mediation completion deadline in this action to April 1, 2023.

Dated: January 30, 2023          **SANDERS ROBERTS LLP**

By: /s/ Felton T. Newell
Justin H. Sanders, Esq.
Felton Newell, Esq.
Attorneys for Plaintiff
**VERICOOL WORLD LLC**

Dated: January 30, 2023          **SKLAR KIRSH LLP**

By: /s/ Molly Madden
Justin Goldstein, Esq.
Molly Madden, Esq.
Attorneys for Defendant
**IGLOO PRODUCTS CORPORATION**

- 2 -    Case No.: 4:22-cv-2440
**STIPULATION AND ORDER TO CONTINUE MEDIATION COMPLETION DEADLINE**

1
2   **IT IS SO ORDERED**
3
4
5   DATE:  1/31/2023
6   _____
    U.S. DISTRICT COURT JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 3 -                                   Case No.: 4:22-cv-2440
**STIPULATION AND ORDER TO CONTINUE MEDIATION
COMPLETION DEADLINE**