UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERICOOL WORLD LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>IGLOO PRODUCTS CORPORATION,<br><br>　　　　Defendant. | Case No. 22-cv-02440-HSG<br><br>**AMENDED SCHEDULING ORDER** |

　　The parties have filed a stipulation to continue discovery deadlines. Dkt. No. 29. Having considered the parties' proposal, the Court **RESETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Close of Fact Discovery | August 9, 2023 |
| Exchange of Opening Expert Reports | August 9, 2023 |
| Exchange of Rebuttal Expert Reports | August 30, 2023 |
| Close of Expert Discovery | September 15, 2023 |
| Dispositive Motion Hearing Deadline | November 2, 2023, at 2:00 p.m. |
| Pretrial Conference | January 9, 2024, at 3:00 p.m. |
| Jury Trial (4 days) | January 29, 2024, at 8:30 a.m. |

//
//
//
//
//

1   These dates may only be altered by order of the Court and only upon a showing of good
2   cause. The parties are directed to review and comply with this Court's standing orders. This
3   terminates Dkt. No. 29.

**IT IS SO ORDERED.**

Dated: 4/4/2023

_Haywood S. Gilliam Jr._
HAYWOOD S. GILLIAM, JR.
United States District Judge