UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERICOOL WORLD LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>IGLOO PRODUCTS CORPORATION,<br><br>        Defendant. | Case No. 22-cv-02440-HSG<br><br>**AMENDED SCHEDULING ORDER** |

Defendant has filed an unopposed administrative motion to modify the scheduling order. *See* Dkt. No. 31. Having considered the parties' proposal, the Court **RESETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Close of Fact Discovery | September 11, 2023 |
| Exchange of Opening Expert Reports | September 11, 2023 |
| Exchange of Rebuttal Expert Reports | October 2, 2023 |
| Close of Expert Discovery | October 13, 2023 |
| Dispositive Motion Hearing Deadline | November 30, 2023, at 2:00 p.m. |
| Pretrial Conference | February 13, 2024, at 3:00 p.m. |
| Jury Trial (4 days) | February 26, 2024, at 8:30 a.m. |

//
//
//
//
//

1   These dates may only be altered by order of the Court and only upon a showing of good
2   cause. The parties are directed to review and comply with this Court's standing orders. This
3   terminates Dkt. No. 31.

**IT IS SO ORDERED.**

Dated:   6/23/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge