UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Vericool World LLC, | Case No. 4:22-cv-2440-HSG |
|---|---|
| Plaintiff(s), | |
| v. | **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER** |
| Igloo Products Corporation, | (CIVIL LOCAL RULE 11-3) |
| Defendant(s). | |

I, James Carter, Jr., an active member in good standing of the bar of Louisiana, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Vericool World LLC in the above-entitled action. My local co-counsel in this case is Felton T. Newell, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 201078.

| 1100 Poydras St., Ste. 1475, New Orleans, LA 70163 | 1055 W. 7th St., 32nd Floor, Los Angeles, CA 90017 |
|---|---|
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (504) 324-4400 | (213) 426-5000 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| jcarter@cochrantrials.com | fnewell@sandersroberts.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 26841.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 9, 2023                                         James Carter, Jr.
                                                                         APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of James Carter, Jr. is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 7/20/2023

_Haywood S. Gilliam Jr._
UNITED STATES DISTRICT JUDGE

# Louisiana State Bar Association

The Louisiana State Bar Association hereby certifies that _____

Mr. James Jerome Carter

whose address is _____

1100 Poydras St Ste 1475

New Orleans, LA 70163

is a member in good standing of the Louisiana State Bar Association as of this date, and that said person was duly admitted to practice in the courts of the State of Louisiana on the ____6th____ day of ____October____, ____2000____.

Given over my hand and the Seal of the Louisiana State Bar Association, this ____9th____ day of ____June____, ____2023____.

_[signature]_

Executive Director
Louisiana State Bar Association