UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| VERICOOL WORLD LLC, | Case No. 4:22-cv-02440-HSG |
| Plaintiff, | **ORDER** |
| v. | The Hon. Haywood S. Gilliam, Jr. |
| IGLOO PRODUCTS CORPORATION, | |
| Defendant. | |

The Court, having read and considered Defendant Igloo Products Corporation's ("Defendant") Unopposed Administrative Motion to Amend Scheduling Order ("Motion"), and good cause appearing therefor, makes the following order:

**IT IS HEREBY ORDERED** that:

1. Defendant's Motion is GRANTED; and

2. The current operative Amended Scheduling Order (Dkt. No. 33) shall be modified as follows:

| | |
|---|---|
| Close of Fact Discovery | September 25, 2023 |
| Exchange of Opening Expert Reports | September 25, 2023 |
| Exchange of Rebuttal Expert Reports | October 16, 2023 |
| Close of Expert Discovery | October 23, 2023 |
| Dispositive Motion Hearing Deadline | November 30, 2023, at 2:00 p.m. |
| Pretrial Conference | February 13, 2024, at 3:00 p.m. |
| Jury Trial (4 days) | February 26, 2024, at 8:30 a.m. |

**IT IS SO ORDERED**.

Dated:   9/5/2023

Hon. Haywood S. Gilliam, Jr.
United States District Judge