FELTON T. NEWELL (SBN 201078)
fnewell@sandersroberts.com
TYLER S. DOBBERSTEIN (SBN 339824)
tdobberstein@sandersroberts.com
**SANDERS ROBERTS LLP**
1055 West 7th Street, Suite 3200
Los Angeles, CA 90017
Telephone: (213) 426-5000
Facsimile: (213) 234-4581

Attorneys for Plaintiff
**VERICOOL WORLD LLC**

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| VERICOOL WORLD LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>IGLOO PRODUCTS CORPORATION,<br><br>　　　　　　Defendant. | Case No. 4:22-cv-02440-HSG<br><br>**PLAINTIFF'S NOTICE OF APPEAL & NINTH CIRCUIT REPRESENTATION STATEMENT** |

　　　　TO THE DEFENDANT IN THIS ACTION (*i.e.*, Igloo Products Corporation): Pursuant to Federal Rule of Appellate Procedure 3, NOTICE OF APPEAL IS HEREBY GIVEN that:

　　　　(A)　the Plaintiff (*i.e.*, Vericool World LLC) is appealing

　　　　(B)　all appealable orders and judgments of this Court in this case, including but not limited to the Court's order granting summary judgment, Dkt. 60, and the judgment, Dkt. 61,

　　　　(C)　to the United States Court of Appeals for the Ninth Circuit.

Dated: January 10, 2024　　　　　　　　　　**SANDERS ROBERTS LLP**

　　　　　　　　　　　　　　　　　　　　By:　*/s/ Felton T. Newell*
　　　　　　　　　　　　　　　　　　　　　　Felton T. Newell, Esq.
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　**VERICOOL WORLD LLC**

Notice of Appeal - 1

# NINTH CIRCUIT REPRESENTATION STATEMENT

Pursuant to Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rule 3-2, Plaintiff Vericool World LLC hereby submits the following Representation Statement:

- <u>Appellant</u>: The appellant in the appeal is Vericool World LLC.

- <u>Appellants' Counsel</u>: Appellant's counsel for the appeal are

    o Felton T. Newell
      SANDERS ROBERTS LLP
      1055 West 7th Street, Suite 3200
      Los Angeles, California 90017
      (213) 426-5000
      FNewell@SandersRoberts.com

    o Andrew Grimm
      DIGITAL JUSTICE FOUNDATION
      15287 Pepperwood Drive
      Omaha, Nebraska 68154
      (531) 210-2381
      Andrew@DigitalJusticeFoundation.org

- <u>Appellee</u>: The appellee in this appeal is Igoo Products Corporation.

- <u>Appellee's Counsel</u>: On information and belief, appellee's counsel are

    o Mr. Tim Byron
      BYRON RAPHAEL LLP
      100 Pine Street, Suite 1250
      San Francisco, California 94111
      (415) 839-8500
      TByron@ByronRaphael.com

    o Mr. Jordan Raphael
      BYRON RAPHAEL LLP
      811 Wilshire Boulevard, 17th Floor
      Los Angeles, California 90017
      (213) 291-9800
      JRaphael@ByronRaphael.com

Dated: January 10, 2024                  **SANDERS ROBERTS LLP**

                                    By:  */s/ Felton T. Newell*
                                         Felton T. Newell, Esq.
                                         Attorney for Plaintiff
                                         **VERICOOL WORLD LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing electronically via CM/ECF.

Dated: January 10, 2024              By:   */s/ Felton T. Newell*
                                                    Felton T. Newell, Esq.