UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERICOOL WORLD LLC,<br><br>                   Plaintiff,<br><br>   v.<br><br>IGLOO PRODUCTS CORPORATION,<br><br>                   Defendant. | Case No. 4:22-cv-02440-HSG<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE HEARING AND TO EXTEND DEADLINES FOR: IGLOO PRODUCTS CORPORATION'S BILL OF COSTS AND MOTION FOR ATTORNEY'S FEES**<br><br>Judge:    Hon. Haywood S. Gilliam, Jr. |

      Plaintiff Vericool World LLC ("Plaintiff") and Defendant Igloo Products Corporation ("Defendant") (collectively, the "Parties"), by and through their respective attorneys of record, stipulate as follows:

      WHEREAS, on January 16, 2024, Defendant filed a Bill of Costs. Dkt. No. 65;

      WHEREAS, on January 26, 2024, Defendant filed a Notice of Motion and Motion for Attorneys' Fees. Dkt No. 68;

      WHEREAS, a hearing is currently set on Defendant's Motion for Attorneys' Fees for March 7, 2024;

      WHEREAS, the Parties agree to continue the hearing date for Defendants' Motion for Attorneys' Fees and to continue the deadline for briefing related to Defendants' Bill of Costs and

its Motion for Attorneys Fees accordingly.

THEREFORE, the Parties hereby agree and stipulate as follows:

The deadline for Plaintiff to file objections to Defendant's Bill of Costs shall be extended to February 13, 2024. The deadline for Plaintiff to file its Opposition to Defendant's Motion for Attorneys' Fees shall be extended to February 23, 2024. The deadline for Defendant to file its Reply Brief in support of its Motion for Attorneys' Fees shall be continued to March 1, 2024. The hearing on Defendant's Motion for Attorneys' Fees shall be continued to March 21, 2024.

**IT IS SO STIPULATED.**

Dated: January 29, 2024                      SANDERS ROBERTS LLP

                                             By: */s/ Felton Newell*
                                                 FELTON NEWELL, ESQ.
                                                 Attorneys for Plaintiff Vericool World LLC


Dated: January 29, 2024                      BYRON RAPHAEL LLP

                                             By: */s/ Jordan Raphael*
                                                 JORDAN RAPHAEL
                                                 Attorneys for Defendant Igloo Products
                                                 Corporation

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 1/31/2024

                                             Hon. Haywood S. Gilliam, Jr.
                                             United States District Judge