UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERICOOL WORLD LLC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>IGLOO PRODUCTS CORPORATION,<br><br>　　　　　　Defendant. | Case No. 4:22-cv-02440-HSG<br><br>AMENDED JOINT STIPULATION AND ORDER TO CONTINUE HEARING AND TO EXTEND DEADLINES FOR: IGLO PRODUCTS CORPORATION'S BILL OF COSTS AND MOTION FOR ATTORNEY'S FEES<br><br>Judge:　　Hon. Haywood S. Gilliam, Jr. |

Plaintiff Vericool World LLC ("Plaintiff") and Defendant Igloo Products Corporation ("Defendant") (collectively, the "Parties"), by and through their respective attorneys of record, stipulate as follows:

WHEREAS, on January 16, 2024, Defendant filed a Bill of Costs. Dkt. No. 65;

WHEREAS, on January 26, 2024, Defendant filed a Notice of Motion and Motion for Attorneys' Fees.  Dkt No. 68;

WHEREAS, a hearing is currently set on Defendant's Motion for Attorneys' Fees for March 21, 2024;

WHEREAS, the Parties agree to continue the hearing date for Defendants' Motion for Attorneys' Fees and to continue the deadline for briefing related to Defendants' Bill of Costs and

its Motion for Attorneys Fees accordingly;

WHEREAS, on January 30, 2024, the Court entered an order granting a Joint Stipulation and Order to Continue Hearing and Extend Deadlines for: Igloo Products Corporation's Bill of Costs and Motion for Attorneys Fees; and

WHEREAS, the Parties are negotiating a potential stipulated Bill of Costs, but need additional time to complete negotiations.

THEREFORE, the Parties hereby agree and stipulate as follows:

The deadline for Plaintiff to file objections to Defendant's Bill of Costs shall be extended to February 23, 2024.  The deadline for Plaintiff to file its Opposition to Defendant's Motion for Attorneys' Fees shall be extended to March 8, 2024.  The deadline for Defendant to file its Reply Brief in support of its Motion for Attorneys' Fees shall be continued to March 15, 2024. The hearing on Defendant's Motion for Attorneys' Fees shall be continued to April 11, 2024.

**IT IS SO STIPULATED.**

Dated: February 13, 2024					SANDERS ROBERTS LLP

							By: */s/ Felton Newell*
							    FELTON NEWELL, ESQ.
							    Attorneys for Plaintiff Vericool World LLC


Dated: February 13, 2024					BYRON RAPHAEL LLP

							By: */s/ Jordan Raphael*
							    JORDAN RAPHAEL
							    Attorneys for Defendant Igloo Products
							    Corporation

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 13, 2024　　　　　　　　SANDERS ROBERTS LLP

　　　　　　　　　　　　　　　　　　　By: */s/ Felton T. Newell*
　　　　　　　　　　　　　　　　　　　　　FELTON T. NEWELL
　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　   　　　　　　　　　　　　　　　　Vericool World LLC

1 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  DATED: 2/14/2024

*[Signature]*
Hon. Haywood S. Gilliam, Jr.
United States District Judge