UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERICOOL WORLD LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>IGLOO PRODUCTS CORPORATION,<br><br>　　　　Defendant. | Case No. 4:22-cv-02440-HSG<br><br>JOINT STIPULATION TO PERMIT CORRECTED EXHIBIT A TO RAPHAEL DECLARATION IN SUPPORT OF BILL OF COSTS AND TO GRANT PLAINTIFF SHORT CONTINUANCE OF DEADLINE TO FILE ITS OBJECTIONS TO BILL OF COSTS; ORDER<br><br>Judge:　　Hon. Haywood S. Gilliam, Jr. |

　　　　Plaintiff Vericool World LLC ("Plaintiff") and Defendant Igloo Products Corporation ("Defendant") (collectively, the "Parties"), by and through their respective attorneys of record, stipulate as follows:

　　　　WHEREAS the deadline for Plaintiff to file objections to Defendant's Bill of Costs is currently February 23, 2024 (ECF No. 73);

　　　　WHEREAS in the course of meeting and conferring on Plaintiff's objections, counsel for Defendant became aware that an itemized invoice had inadvertently not been included in Exhibit A to the Declaration of Jordan Raphael in support of Defendant's Bill of Costs (ECF No. 65-2);

　　　　WHEREAS Defendant has filed a Notice of Errata attaching a Corrected Exhibit A to the Raphael Declaration that incorporates this inadvertently omitted itemized invoice (ECF No. 74);

WHEREAS counsel for Plaintiff have no opposition to this correction and assent to the correction to the Exhibit A to the Declaration of Jordan Raphael;

WHEREAS, in light of the correction, the Parties agree to permit a short extension of time for Plaintiff to update its objections to the Bill of Costs and then so file, to Tuesday, February 27, 2024.

THEREFORE, the Parties hereby agree and stipulate as follows:

Defendant's Corrected Exhibit A to the Raphael Declaration attached to the Bill of Costs (ECF No. 74-1) is deemed timely filed and Plaintiff's deadline for its objections to the Bill of Costs is extended to Tuesday, February 27, 2024.

**IT IS SO STIPULATED.**

Dated: February 23, 2024                    SANDERS ROBERTS LLP

By: */s/ Felton Newell*
    FELTON NEWELL, ESQ.
    Attorneys for Plaintiff Vericool World LLC

Dated: February 23, 2024                    BYRON RAPHAEL LLP

By: */s/ Jordan Raphael*
    JORDAN RAPHAEL
    Attorneys for Defendant Igloo Products Corporation

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 23, 2024         SANDERS ROBERTS LLP

By: */s/ Felton T. Newell*
    FELTON T. NEWELL
    Attorneys for Plaintiff
    Vericool World LLC

1 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3 | DATED: 2/26/2024

*[signature]*
Hon. Haywood S. Gilliam, Jr.
United States District Judge