# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERICOOL WORLD LLC, | Case No. 4:22-cv-02440-HSG |
| Plaintiff, | JOINT STIPULATION TO RE-NOTE COST MOTION, AMEND FEE BRIEFING SCHEDULE; ORDER |
| v. | |
| IGLOO PRODUCTS CORPORATION, | Judge:   Hon. Haywood S. Gilliam, Jr. |
| Defendant. | |

Plaintiff Vericool World LLC ("Plaintiff") and Defendant Igloo Products Corporation ("Defendant") (collectively, the "Parties"), by and through their respective attorneys of record, stipulate as follows:

WHEREAS Plaintiff has filed a motion requesting that the Court review costs, Dkt. 80;

WHEREAS in the course of noting the motion Plaintiff had originally intended to have the motion noted for the same time as the fees motion, but because the motion to review costs was within 35 days, so Plaintiff noted it for April 18, 2024;

WHEREAS Plaintiff's counsel had inadvertently overlooked that the Court is not in session on that day and the Clerk alerted Plaintiff to this inadvertence, Dkt. 81;

WHEREAS Plaintiff's counsel has had a health issue interfere with the finalization and completion of the fee opposition;

- 1 -

WHEREAS Plaintiff intends to request to seal certain sensitive materials intended to be filed alongside the fee opposition.

THEREFORE, the Parties hereby agree and stipulate as follows:

1. Plaintiff's opposition to Defendant's motion for attorney fees is now due March 15, 2024.
2. Defendant's reply in support of its motion for fees is now due March 22, 2024.
3. The motion to review costs, Dkt. 80, is re-noted for the same day as the fees motion, April 11, 2024.

**IT IS SO STIPULATED.**

Dated: March 8, 2024              SANDERS ROBERTS LLP

                                  By: /s/ Felton Newell
                                      FELTON NEWELL, ESQ.
                                      Attorneys for Plaintiff Vericool World LLC

Dated: March 8, 2024              BYRON RAPHAEL LLP

                                  By: /s/ Jordan Raphael
                                      JORDAN RAPHAEL
                                      Attorneys for Defendant Igloo Products
                                      Corporation

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: March 8, 2024                    SANDERS ROBERTS LLP

By: */s/ Felton T. Newell*
FELTON T. NEWELL
Attorneys for Plaintiff
Vericool World LLC

- 3 -

1 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3 DATED: 3/11/2024

*/s/ Haywood S. Gilliam, Jr.*
Hon. Haywood S. Gilliam, Jr.
United States District Judge